# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **NELBERT JOSEPH,**<br><br>***Petitioner*,**<br><br>**v.**<br><br>**JAMES JANECKA, WARDEN, ADELANTO ICE PROCESSING CENTER; DAVID G GOMEZ, ICE FIELD OFFICE DIRECTOR; TODD M. LYONS, ACTING ICE DIRECTOR; AND PAM BONDI, U.S. ATTORNEY GENERAL,**<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **No. 3:26-CV-00836-LS** |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 13, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**